■ JESSIE G. ELLSWORTH et al., Respondents, v. CARLTON ELLSWORTH et al., Appellants, et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of MICHAEL A. FASOLO, Appellant, against THOMAS MCHUGH, as Commissioner of Correction, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ JOSEPH BECKER, Doing Business as CENTRAL MERCHANDISE COMPANY, Respondent, v. PELNIK WRECKING CO., INC., et al., Defendants and CITY OF SYRACUSE, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ EUGENE G. SACKETT CO., INC., Respondent, v. WASHINGTON DRIVE-IN-THEATRE, INC., et al., Defendants and LINDEN TRANS-MIX CORP., Appellant. — Motion granted and appeal dismissed, without costs.

■ EMIL FERRUCCI, Respondent, v. WILLIAM WOJCIECHOWSKI et al., Appellants.— Motion granted and appeal dismissed, with $10 motion costs.

■ RALPH R. OLIVER, Appellant, v. LOCKPORT MILLS, INC., Respondent. — Appeal dismissed, without costs, for failure to comply with previous order.

■ ALICE THOMPSON, Appellant, v. RAYMOND HORN et al., Respondents. H. WILLIAM THOMPSON, Appellant, v. RAYMOND HORN et al., Respondents.— Appeal dismissed, without costs, for failure to comply with previous order.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK THOMAS, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS MCKNIGHT, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS J. PINELLI, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY C. FUHRMANN, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARL JUNIOR WALKER, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.